IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

IN RE: JACOB LEVITT and PAIGE LEVITT, Debtors  NO. 5:18-bk-73019
CHAPTER 7

ORDER DENYING DEBTORS' MOTION TO REMOVE TRUSTEE, MOTION
FOR RELIEF FROM ORDER OF SALE AND DISMISS CASE

Before the Court are the Trustee's *Application for Authority to Pay Jill Jacoway, Attorney and Notice Thereof* [Application], filed on January 10, 2020; the debtors' *Objection to Application for Authority to Pay Jill Jacoway, Attorney and Notice Thereof and Motion to Remove Trustee and Motion for Relife* [sic] *from Order of Sale and Then Dismiss Case* [Objection], filed on January 31, 2020; and the *United States Trustee's Comments on Debtors Objection to Application for Authority to Pay Jill Jacoway, Attorney and Notice Thereof and Motion to Remove Trustee and Motion for Relief from Order of Sale and Then Dismiss Case*, filed November 25, 2020. The Court held a telephonic hearing on December 2, 2020, and closing arguments—also held by telephone—were heard on December 8, 2020. Appearing during the hearings were Jill Jacoway, chapter 7 trustee; Jacob Levitt and Paige Levitt, pro se debtors; Patti Stanley, attorney for U. S. Trustee; and Jay Williams, attorney for creditor Today's Bank.

The Court has entered a separate order approving the trustee's application for compensation. This order addresses the debtors' motions to remove the trustee, set aside the order of sale and dismiss their bankruptcy case. Based on the evidence received during the hearing, and for the reasons stated in open court and on the record pursuant to Bankruptcy Rule 7052, all other relief requested by the debtors in their motions is denied.

IT IS SO ORDERED.

Ben Barry
United States Bankruptcy Judge
Dated: 12/23/2020

cc: Jill Jacoway
     Jacob Levitt
     Paige Levitt
     Patti Stanley